USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/17/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDREW MARTIN,

                         Plaintiff,

       -against-

FREEPOINT COMMODITIES, LLC,

                         Defendant.
-----------------------------------------------------------------X

25-CV-4076 (DEH) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on July 16, 2025 (doc. no 15) the Initial Case Management Conference currently scheduled for **September 3, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              July 17, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge